IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**WORLD MARINE OF MISSISSIPPI, LLC**                                   **PLAINTIFF**

v.                                                              **CAUSE NO. 1:16CV381-LG-RHW**

*OCEAN SARATOGA*, *in rem*, and
BRO-TEX INTERNATIONAL
METALS LLC, *in personam*                                         **DEFENDANTS**

### ORDER FOR ENTRY OF DEFAULT JUDGMENT AGAINST CLAIMANTS

After considering Plaintiff's Motion for Default Judgment [24] against any and all Claimants to the *OCEAN SARATOGA*, her engines, freights, tackle, apparel, etc., *in rem*, other than Plaintiff, the attached Affidavit, the Memorandum in Support, and other evidence on file, the Court finds that the record supports the entry of a default judgment against the Claimants.

CONSIDERING THE FOREGOING:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion for Default Judgment [24] against Claimants filed by Plaintiff, World Marine of Mississippi, LLC, is hereby **GRANTED;**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that any and all persons or entities asserting or who could assert a right of possession or any ownership interest in the *OCEAN SARATOGA* other than Plaintiff (hereafter collectively referred to as "Claimants") are hereby now and forever barred from asserting any rights of possession or any ownership interest in the *OCEAN SARATOGA*, and any such rights or interests are hereby waived and extinguished;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that any

and all maritime liens, other than Plaintiff's lien, on the *OCEAN SARATOGA* are hereby waived and extinguished;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff is entitled to move the Court for the judicial sale of the *OCEAN SARATOGA*, with the *OCEAN SARATOGA* being sold free and clear of any claims, interests and/or liens of any Claimants.

**SO ORDERED AND ADJUDGED** this the 20th day of December, 2016.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE

Order Submitted by:

ALLISON COLÓN (MS Bar 103024)
BEAU E. LEBLANC (*pro hac vice*)
MATTHEW C. GUY (*pro hac vice*)
BLAND & PARTNERS P.L.L.C.
909 Poydras Street, Suite 1860
New Orleans, LA 70130
Telephone: (504) 528-3088
Facsimile: (504) 586-3419
Email: acolon@blandpartners.com
Email: bleblanc@blandpartners.com
Email: mguy@blandpartners.com